0                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION


ANDREW MELLENTINE and
DEBRA MELLENTINE,

            Plaintiffs,                 No. 11-11358

v.                                      District Judge Sean F. Cox
                                        Magistrate Judge R. Steven Whalen

AMERIQUEST MORTGAGE COMPANY,
ET AL.,

            Defendants.
_____ /

                              **ORDER**

        Before the Court is Plaintiffs' Motion to Compel Discovery and to Extend

Discovery Time [Doc. #83]. This Motion is related to Defendant Orlans Associates,

P.C.'s Motion to Quash Subpoenas and for Protective Order [Doc. #77].

        Oral argument on Motion #77 was originally scheduled for July 30, 2013 [Doc.

#80]. However, because discovery was scheduled to close on July 15, 2013, the Court

withdrew the Notice of Hearing, with the intention of deciding Motion #77 on the written

pleadings. Subsequently, Plaintiffs filed the present Motion #83, which was referred to

the undersigned Magistrate Judge on July 2, 2013 [Doc. #84]. Defendant Orlans

Associates, P.C. filed a response to Plaintiffs' Motion #83 on July 5, 2013. Given the

contentious nature of these proceedings, it is anticipated that Plaintiffs will file a reply

brief.

        On reviewing the pleadings and exhibits filed in both Motion #77 and Motion #83,

the Court is now of the opinion that oral argument would be most helpful to the resolution

of these issues. Being mindful of the impending discovery cut-off, I will therefore

                                  -1-

GRANT IN PART Plaintiffs' Motion to Compel Discovery and to Extend Discovery Time [Doc. #83], to the extent that discovery cut-off will extended as requested. The remainder of this Motion will be TAKEN UNDER ADVISEMENT pending oral argument.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Compel Discovery and to Extend Discovery Time [Doc. #83] is GRANTED IN PART, to the extent that the discovery cut-off date is extended to AUGUST 25, 2013.

IT IS FURTHER ORDERED that the remainder of Plaintiffs' Motion [Doc. #83] is TAKEN UNDER ADVISEMENT pending oral argument.

IT IS FURTHER ORDERED that oral argument on both Plaintiffs' Motion to Compel [Doc. #83] and Defendant's Motion for Protective Order [Doc. #77] will be held before United States Magistrate Judge R. Steven Whalen at the following time and place:

JULY 18, 2013, @ 10:00 A.M.
Courtroom 662, Theodore Levin U.S. Courthouse
Detroit, MI 48226


Dated: July 10, 2013                    s/ R. Steven Whalen_____
                                        R. STEVEN WHALEN
                                        UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on July 10, 2013, electronically and/or by U.S. Mail.

                                        s/Michael Williams_____
                                        Relief Case Manager for the
                                        Honorable R. Steven Whalen